IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANNA N. SIGIDA and DALE M. IRVING,<br><br>  Plaintiffs,<br><br>v.<br><br>MUNROE FOODS 2 LLC d/b/a ATLANTA BREAD COMPANY and BAKE ONE, INC.,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   1:16-CV-1473-RWS<br>:<br>:<br>:<br>:<br>: |

## ORDER

This case is before the Court for consideration of the Joint Motion to Approve Settlement Agreement [67]. After due consideration, the Motion is hereby **GRANTED**. The Court finds that the Parties' Settlement Agreement is fair and reasonable, and the Agreement is approved by the Court. The Clerk shall close the case. However, the Court will retain jurisdiction of the case for the purpose of enforcing the Agreement.

**SO ORDERED**, this 10th day of May, 2018.

_[signature]_
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE